**Terry FRANKLIN, Plaintiff–Appellant,**

v.

**COLORADO DEPARTMENT OF CORRECTIONS, Lt. Thibadeau; Warden Atherton; Cossabone, Escourt, Staff & Intake; Crawford; Franklin; Wells; Montoya; Brown; Templeton; Bennett; Trani; Padilla; Bautisa; Collins; Elx; Sgt. Hall; Cath Cart; Williams; Salinas; Hodge; Whitehouse; Captain Dalton; Chase; Bonwell and Dupan, Defendants–Appellees.**

No. 00–1220.

United States Court of Appeals, Tenth Circuit.

Jan. 9, 2001.

Before BALDOCK, HENRY, and LUCERO, Circuit Judges.[*]

that oral argument would not materially assist the determination of this appeal. *See* Fed.

ORDER AND JUDGMENT **

BALDOCK, Circuit Judge.

Plaintiff Terry Franklin filed a civil rights complaint challenging certain prison conditions. A magistrate judge subsequently entered an order directing Plaintiff to pay an initial filing fee of $14.00 or show cause why he had no assets or means by which to pay the fee. When Plaintiff failed to comply, the district court dismissed his action without prejudice. Defendant appeals. We grant Defendant's motion to proceed on appeal IFP and exercise jurisdiction under 28 U.S.C. § 1291.

We have thoroughly reviewed Plaintiff's brief, the magistrate judge's and district court's orders, and the entire record before us. Because Plaintiff did not timely comply with the magistrate's order, we affirm substantially for the reasons stated in the district court's order of dismissal.

AFFIRMED.

** This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel. The court generally disfavors the citation of orders and judgments; nevertheless, an order and judgment may be cited under the terms and conditions of 10th Cir.R. 36.3.

* After examining the briefs and appellate record, this panel has determined unanimously that oral argument would not materially assist the determination of this appeal. See Fed. R.App.P. 34(a)(2)(C); 10th Cir. R. 34.1(G).